UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIAM LOVELAND COLLEGE, INC.,

        Plaintiff,

v.

DISTANCE EDUCATION ACCREDITATION
COMMISSION,

        Defendant.
------------------------------------------------------------x

**ORDER**

17 CV 3726 (VB)

    Currently pending before the Court are two motions: (i) defendant's motion to transfer venue to the United States District Court for the District of Columbia (Doc. #8), and (ii) defendant's motion to dismiss. (Doc. #7).

    By letter dated August 31, 2017, plaintiff agreed the Court should transfer the case to the United States District Court for District of Columbia. (Doc. #15).

    Accordingly, the motion to transfer venue is GRANTED.

    The motion to dismiss is DENIED WITHOUT PREJUDICE TO RENEWAL IN THE TRANSFEREE COURT.

    To the extent defendant is seeking costs and attorneys' fees pursuant to 28 U.S.C. § 1927, that application is DENIED. Plaintiff's counsel's conduct does not rise to level necessary to warrant attorneys' fees and costs under that statute.

    The Clerk is instructed to terminate the motions. (Docs. ##7, 8)

    The Clerk is further instructed to transfer this case to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1406(a).

Dated: September 22, 2017
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge